FILED

07/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0556

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0556

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

PITASKUMMAPI DAVID GREEN,

     Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including August 27, 2024, within which to prepare, file, and serve its response brief.

**TT**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 19 2024